In the Matter of the Claim of WINIFRED ROSS against HOWIESON et al., Respondents.

THE STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's compensation — employee injured while entering lower hall of building part of which was occupied by employer's plant — when award in favor of employee improperly reversed.*

Ross v. *Howieson,* 198 App. Div. 674, reversed.

(Argued January 10, 1922; decided January 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1921, reversing an award of the state industrial commission made under the Workmen's Compensation Law and dismissing the claim. Claimant was a seamstress who worked in the plant of her employer. While entering the lower hall of the building she stepped upon a piece of coal, slipped and fell to the floor, and sustained various injuries for which an award was made. The Appellate Division dismissed the claim on the ground that the employer was liable only for accidents which occur within "the plant or premises controlled by the employer for the purposes of the employment" and was not responsible for the safety of employees while walking to and from their work through the public hallways of a great city building.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for appellant.

*E. C. Sherwood, William B. Davis* and *Benjamin C. Loder* for respondents.

Order of Appellate Division reversed on dissenting opinion of JOHN M. KELLOGG, P. J., below, and award of state industrial commission affirmed, with costs in this court and Appellate Division.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.